**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1232**

─────────────

TYRONE E. MURRAY, SR.,

                                        Plaintiff - Appellant,

        versus


THE STATE OF MARYLAND; LYNDA FOX, Maryland
Department of Human Resources; GLADYS MITCH-
ELL, Baltimore City Office of Child Support
Enforcement; YVONNE GILCHIRST, Director,
Baltimore City Department of Social Services;
KENNETH HENDRICKS, Baltimore City Child Pro-
tective Services,

                                        Defendants - Appellees.


─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-3474-L)

─────────────

Submitted:  April 13, 2000          Decided:  April 20, 2000

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Tyrone E. Murray, Sr., Appellant Pro Se.  Elise Hee Sook Song,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone E. Murray appeals the district court's order denying relief on his 42 U.S.C.A. §§ 1983, 1985 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Murray v. Maryland, No. CA-99-3474-L (D. Md. Jan. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2